UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUBERT CARY,

Petitioner,

-against-

(WEST WARDEN) WEST FACILITY.,

Respondent.

26 CIVIL 08543 (LTS)

# **CIVIL JUDGMENT**

For the reasons stated in the Noveber 4, 2026, order, this action is dismissed.

Plaintiff has not filed an IFP application or paid the fees. Accordingly, the petition is dismissed without prejudice. See 28 U.S.C. §§ 1914, 1915. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: November 12, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge